# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNA KOSAR, | : |
| | : |
| v. | : NO. 21-4654 |
| | : |
| GREINER INDUSTRIES, INC. | : |

## O R D E R

**AND NOW**, this 14th day of October, 2022, upon review of Defendant's Motion to Dismiss for Lack of Prosecution, and with no opposition being filed by Plaintiff, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Docket No. 15) is **GRANTED**; and

2. This matter is **DISMISSED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.